# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC,<br><br> Plaintiff,<br><br>v.<br><br>PIONEER ELECTRONICS (USA), Inc.,<br><br> Defendant. | §§§§§§§§§§§ Civil Action No. 6:08-cv-493<br><br>JURY TRIAL DEMANDED |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which Plaintiff Stragent, LLC ("Stragent") complains against Pioneer Electronics (USA), Inc. ("Pioneer") as follows:

## PARTIES

1. Stragent is a Texas limited liability company with its principal place of business at 211 W. Tyler, Suite C-2, Longview, Texas 75601.

2. Upon information and belief, Defendant Pioneer Electronics (USA), Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 2265 E. 220th Street, Long Beach, CA 90810. Pioneer Electronics (USA), Inc. may be served with process by serving its registered agent Gregory R. Pierson at 2265 E. 220th Street, Long Beach, CA 90810.

## JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.      Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant has transacted business in this district and has committed and/or induced acts of patent infringement in this district.

5.      Upon information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

## PATENT INFRINGEMENT

6.      Stragent is the owner by assignment of United States Patent No. 7,424,431 ("the '431 patent") entitled "System, Method and Computer Program Product for Adding Voice Activation and Voice Control to a Media Player." The '431 patent issued on September 9, 2008. A true and correct copy of '431 patent is attached as Exhibit A.

7.      Upon information and belief, Pioneer has been and now is directly infringing, and/or inducing infringement by others, and/or contributing to the infringement by others of the '431 patent in the State of Texas, in this judicial district, and elsewhere in the United States. Pioneer's infringements include, among other things, making, using, offering for sale, and/or selling audio

products, including without limitation the Pioneer AVIC-F900BT, 700BT, and F7010BT. Pioneer is thus liable for infringement of the '431 patent pursuant to 35 U.S.C. § 271.

8. On information and belief, to the extent any marking was required by 35 U.S.C. § 287, such requirements have been met.

9. As a result of Defendant's infringement of the '431 patent, Stragent has suffered monetary damages that are compensable under 35 U.S.C. § 284 adequate to compensate it for the infringement, but in any event no less than a reasonable royalty.

## PRAYER FOR RELIEF

WHEREFORE, Stragent requests that this Court enter:

A. A judgment in favor of Stragent that Defendant has directly, and/or by way of inducing infringement by others, and/or by contributing to the infringement by others, infringed the '431 patent;

B. A judgment and order requiring Defendant to pay Stragent its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '431 patent as provided under 35 U.S.C. § 284;

C. Any and all other relief to which the Court may deem Stragent entitled.

## DEMAND FOR JURY TRIAL

Stragent, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: December 19, 2008        Respectfully submitted,

_____
Eric M. Albritton
Texas Bar No. 00790215
Craig Tadlock
Texas Bar No. 00791766
Adam A. Biggs
Texas Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas Bar No. 21518050
Christopher N. Cravey
Texas Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041802
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

4

Scott E. Stevens
State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kjn@seslawfirm.com

**Attorneys for Stragent, LLC**