IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-CV-493-LED |
| v. | § | |
| | § | |
| PIONEER ELECTRONICS (USA), Inc., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

**PLATINFF'S NOTICE OF DISMISSAL OF PIONEER ELECTRONICS (USA), INC. PURSUANT TO FED.R.CIV.P 41(a)(1)(A)(i)**

Stragent, LLC, plaintiff in the above-entitled and numbered civil action, dismisses, without prejudice, Pioneer Electronics (USA), Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Pioneer Electronics (USA), Inc. has not filed an answer or a motion for summary judgment.

Respectfully submitted,

*/s/ Eric M. Albritton*
Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

COUNSEL FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on counsel who has consented to electronic service. Local Rule CV-5(a)(3)(A). Additionally, John Smith, counsel for defendant, was served via email at john.smith@dbr.com on the 3rd day of April, 2009.

                                                                                             Eric M. Albritton